IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNY CONSTRUCTION COMPANY, EDC )<br>MANAGEMENT, INC. d/b/a THE ENTERPRISE )<br>COMPANIES, RONALD B. SHIPKA, JR., )<br>JOHN Y. SHIPKA, and GORDON )<br>CAMERANESI and MUSEUM PARK PLACE )<br>SOUTH CONDOMINIUM ASSOCIATION, )<br>)<br>Defendant. ) | No. 18-cv-02434 |

**STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, ACE AMERICAN INSURANCE COMPANY and KENNY CONSTRUCTION COMPANY hereby stipulate and agree that all claims and counterclaims in this matter are dismissed without prejudice, each party to bear its own costs and fees.

Respectfully submitted,

ACE AMERICAN INSURANCE COMPANY    KENNY CONSTRUCTION COMPANY

By: /s/ Kevin R. O'Neill                                    By: /s/ Robert J. Franco II

Joyce F. Noyes (ARDC No. 6215889)           Robert J. Franco II (ARDC No. 6187971)
Kevin R. O'Neill (ARDC No. 6300457)          Franco Moroney Buenik, LLC
Walker Wilcox Matousek, LLP                      500 W. Madison Street, Suite 2440
One North Franklin Street, Suite 3200           Chicago, IL 60611
Chicago, IL 60606                                          (312) 469-1000 (Telephone)
(312) 244-6700 (Telephone)                         robert.franco@francomoroney.com
jnoyes@wwmlawyers.com
koneill@wwmlawyers.com